UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEVENE, On Behalf of Himself and All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>  vs.<br><br>PIXAR, et al.<br><br>                  Defendants. | No. 3:06-cv-00610-MJJ<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] ORDER RE: VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the claims of plaintiff Jonathan Levene in the Action are dismissed without prejudice.

IT IS SO ORDERED

DATED: 2/6/2006

*Martin J. Jenkins*
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Submitted by:

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS

          s/ RANDALL J. BARON
            RANDALL J. BARON

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LAW OFFICES OF MARC S. HENZEL
MARC S. HENZEL
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA  19004
Telephone:  610/660-8000
610/660-8080 (fax)

Attorneys for Plaintiff

S:\UsersSD\JaimeM\ORD00027713-Dismissal.doc

[PROPOSED] ORDER RE: VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1) - 3:06-cv-00610-MJJ

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.lerachlaw.com/.

      s/ RANDALL J. BARON
      RANDALL J. BARON

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: RandyB@lerachlaw.com

[PROPOSED] ORDER RE: VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1) - 3:06-cv-00610-MJJ

# Mailing Information for a Case 3:06-cv-00610-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Clay Basser-Wall**

- **David J. Berger**
  dberger@wsgr.com

- **Douglas John Clark**
  dclark@wsgr.com

- **Marc S. Henzel**
  mhenzel182@aol.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael J. Gorback
Wilson Sonsini Goodrich & Rosati
Professional Corporation
One Market, Spear Tower
Suite 3300
San Francisco, CA 94105
```