UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEVENE, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PIXAR, et al.<br><br>Defendants. | No. 3:06-cv-00610-MJJ<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] ORDER RE: VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1), the claims of plaintiff Jonathan Levene
2  in the Action are dismissed without prejudice.
3  IT IS SO ORDERED
4  DATED: 2/6/2006
5  THE HONORABLE MARTIN J. JENKINS
   UNITED STATES DISTRICT JUDGE
6
7  Submitted by:
8  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
9  DARREN J. ROBBINS
10
11       s/ RANDALL J. BARON
         RANDALL J. BARON
12
13  655 West Broadway, Suite 1900
    San Diego, CA  92101
    Telephone:  619/231-1058
14  619/231-7423 (fax)
15  LAW OFFICES OF MARC S. HENZEL
    MARC S. HENZEL
16  273 Montgomery Avenue, Suite 202
    Bala Cynwyd, PA  19004
17  Telephone:  610/660-8000
    610/660-8080 (fax)
18
    Attorneys for Plaintiff
19
    S:\UsersSD\JaimeM\ORD00027713-Dismissal.doc
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE: VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1) - 3:06-cv-00610-MJJ — - 1 -

1 | CERTIFICATE OF SERVICE

2     I hereby certify that on February 1, 2006, I electronically filed the foregoing with the Clerk

3 of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7     I further certify that I caused this document to be forwarded to the following designated

8 Internet site at: http://securities.lerachlaw.com/.

                                s/ RANDALL J. BARON
                                RANDALL J. BARON

                                LERACH COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP
                                655 West Broadway, Suite 1900
                                San Diego, CA 92101
                                Telephone: 619/231-1058
                                619/231-7423 (fax)
                                E-mail: RandyB@lerachlaw.com

[PROPOSED] ORDER RE: VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1) - 3:06-cv-00610-MJJ

# Mailing Information for a Case 3:06-cv-00610-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Clay Basser-Wall**

- **David J. Berger**
  dberger@wsgr.com

- **Douglas John Clark**
  dclark@wsgr.com

- **Marc S. Henzel**
  mhenzel182@aol.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael J. Gorback
Wilson Sonsini Goodrich & Rosati
Professional Corporation
One Market, Spear Tower
Suite 3300
San Francisco, CA 94105
```